UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SEGUIN STORAGE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-21-CV-1258-FB (HJB) |
| | § | |
| NSA PROPERTY HOLDINGS, LLC; | § | |
| and NSA OP LP, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Join Optivest Properties, LLC as Defendant. (Docket Entry 32.) Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (Docket Entry 10.)

The Court held a hearing on the motion on January 9, 2023. For the reasons stated at the hearing, it is hereby **ORDERED** that Plaintiff's Motion to Join (Docket Entry 32) is **GRANTED**, as follows:

(1) The Clerk of Court is directed to file Plaintiff's Second Amended Complaint, adding Optivest Properties, LLC, as a Defendant in this case. (*See* Docket Entry 32-1.)

(2) Plaintiff must serve the Second Amended Complaint on Defendant Optivest Properties, LLC, **on or before January 31, 2023**.

(3) Absent leave of Court, the addition of Defendant Optivest Properties, LLC, as a Defendant in this case does not provide grounds for the other parties to submit additional evidence with regard to the currently pending motion for summary judgment. (*See* Docket Entry 23.)

**SIGNED** on January 9, 2023.

_____
Henry J. Bemporad
United States Magistrate Judge