UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SEGUIN STORAGE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NSA PROPERTY HOLDINGS, LLC, NSA OP LP and OPTIVEST PROPERTIES LLC,<br><br>    Defendants. | CASE NO. 5:21-cv-1258-FB |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR ATTORNEYS' FEES AND COSTS**

The Court, having considered Defendants' Motion for Attorneys' Fees, the Declaration of Lawrence J. Hilton and exhibits thereto, and the Bill of Costs submitted by Defendants, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants are awarded their attorneys' fees in the amount of $104,197.50 and their costs in the amount of $6,009.06.

**SIGNED** on the _____ day of _____, 2023.

                                                                                                   HENRY J. BEMPORAD
                                                                                                   UNITED STATES MAGISTRATE JUDGE