# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SEGUIN STORAGE, LLC § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NSA PROPERTY HOLDINGS, LLC, § <br> NSA OP LP, and OPTIVEST PROPERTIES, § <br> LLC § <br> § <br> Defendants. § | CIVIL ACTION NO.: 5:21-cv-1258-FB <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO "DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS"

Plaintiff, Seguin Storage, LLC, respectfully moves this Court for an extension of time to file a response to Defendants, NSA Property Holdings, LLC, NSA OP, LP, and Optivest Properties, LLC's, Motion for Attorneys' Fees and Costs Dkt. No. 48.

On May 23, 2023, this Court adopted Defendants' Motion for Summary Judgment thereby dismissing this case and entered final judgment. Dkt. Nos. 46, 47. Defendants filed their Motion for Attorneys' Fees and Costs (the "Motion") on June 6, 2023. Plaintiff's Response to the Motion is due on June 20, 2023. Plaintiff respectfully requests a seven-day extension to file its response. This request is not made for delay, but only to permit efficient resolution of remaining issues in the case.

Plaintiff hereby moves for an extension of time until June 27, 20023, to file its Response to Defendants' Motion for Attorneys' Fees and Costs.

{00416386.1}

## CERTIFICATE OF CONFERENCE

On June 16, 2023, Defendants' counsel, Lawrence Hilton, indicated Defendants are unopposed to this present motion.

Date: June 19, 2022

Respectfully submitted,

/s/ Nick Guinn
Nick Guinn
Texas Bar No. 24087642
GUNN, LEE & CAVE, P.C.
Callaghan Tower
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
nick@gunn-lee.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the clerk of Court on June 19, 2023 via the CM/ECF system, which will notify all counsel of record for this matter.

/s/ Nick Guinn
Nick Guinn