IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SEGUIN STORAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-21-CA-1258-FB |
| ) | |
| NSA PROPERTY HOLDINGS, LLC; ) | |
| NSA OP LP, and OPTIVEST ) | |
| PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge (docket no. 57), filed in the above-captioned cause on August 15, 2023, concerning Defendants' Motion for Attorneys' Fees and Costs (docket no. 48). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (docket no. 57) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendants' Motion for Attorneys' Fees and Costs (docket no. 48) is GRANTED IN PART and

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

DENIED IN PART.  The request for costs is GRANTED in the amount of $4,509.06. The request for attorneys' fees is DENIED.

    It is so ORDERED.

    SIGNED this 7th day of September, 2023.

                                   _____
                                   FRED BIERY
                                   UNITED STATES DISTRICT JUDGE